UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-22480-CIV-MORENO

LEOPOLD JULMICE,

    Plaintiff,

vs.

CHAPLAIN FRAZIER ARNOLD, et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CERTAIN CLAIMS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Civil Rights Complaint **(D.E. No. 1)**, filed on **September 9, 2008**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 4)** on **September 24, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 4)** on **September 24, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    the due process claim against Defendant Michael Richardson is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief can be granted, and

(2)    the First Amendment claim against Defendant Frazier Arnold will remain pending in

his individual capacity.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of October, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record